Utah Revision based on PROB 13A
(03/10/2025)

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

FEB 09 2026

GARY P. SEDAR
CLERK OF COURT
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT of UTAH

### Defendant's Consent To Institute a Presentence Report Before Conviction or Plea of Guilty and Request to Set Plea Hearing

I, _____Cesar Salas-Esparza,_____  _____4:26cr-11-AMA,_ hereby consent
        (Name of Defendant)                      (Case Number)

to a presentence investigation by the probation officers of the United States district courts. This investigation is for the purpose of obtaining information useful to the court in the event I should hereafter plead guilty or nolo contendere or be found guilty.

I request a plea hearing date despite the fact that I have not consented to enter a plea at this time.

I make this consent and request with the intention of (select one):

☒ Participating in the Department of Justice fast track program for illegal reentry cases under 8 U.S.C.§1326.

☐ Considering whether to plead guilty to Unlawfully Eluding Examination or Inspection by Immigration Officers under 8 U.S.C. § 1325(a)(2).

By this consent and request I do not admit any guilt or waive any rights. I understand that any reports prepared will not be used by the Court unless and until I have been found guilty or entered a plea of guilty or nolo contendere.

Pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure, the court may, for good cause, change any time limits prescribed in this rule. Therefore, I waive the report timelines in Rules 32(e) disclosure of the report to the parties, (f) objecting to the report by the parties, and (g) submitting the report to the court, in order to facilitate completion of this report.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what final disposition will be made of my case.

_____2/9/ 2026_____          _____Cesar Salas E._____
(Date)                          (Signature of Defendant)

_____2/9/ 2026_____          _____
(Date)                          (Defendant's Attorney)